UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA


FILED
JAN 16 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Vernon B. Dowling,  — #18600-021

_____

_____

(Enter above the full name of the plaintiff or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**          CIVIL ACTION NO. 5:18-00055
                   (Number to be assigned by Court)

Central Office, FBOP Director, Mid-Atlantic Office Regional Director, Warden D.L. Young, AWarden Serratto, AWarden Birch, DAP-C Jason Weaver, %Snow, E. Stennett, T. Milam, C. Meadows, J. Grimes, J. Hill, L. Flanagan/Lokant, J. Davis, (DTS) Robert Smith, Eric Woolwine, William Carnell, Edu. Staff; H. James, Taylor, Toler, Rayban, SIS tech Toney and SIS tech Sweeney. Other Health Serv Staff to enjoin with Frances F. Lilly, Health Info Technologist.

(Enter above the full name of the defendant or defendants in this action)

**COMPLAINT**

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ✓     No _____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: ~~United States of~~ Vernon Brent Dowling

   Defendants: United States of America et al.

2. Court (if federal court, name the district; if state court, name the county);

   District of South Carolina, U.S.D.C.

3. Docket Number: C/A No. 0:16-3468-DCN-PJG

4. Name of judge to whom case was assigned: Magistrate Judge Paige J. Gossett

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   Pending

6. Approximate date of filing lawsuit: 2016

7. Approximate date of disposition: _____

2

II. **Place of Present Confinement:** FCI Beckley

A. Is there a prisoner grievance procedure in this institution?

Yes (It is unavailable) No

B. Did you present the facts relating to your complaint in the ~~state~~ prisoner grievance procedure?

Yes ✓ No ___

C. If you answer is YES:

1. What steps did you take? attempted all routes to relief

2. What was the result? Retaliation, Intimidation, Threats, Improper processing, and denial of access to forms, or remedy.

D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Vernon Brent Dowling, #18600-021
   Address: FCI Beckley, P.O. Box 350, Beaver, West Virginia 25813

B. Additional Plaintiff(s) and Address(es): ___

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Director FBOP, Region Director Mid-Atlantic and Warden D.L. Young
is employed as: Director, Regional Director, and Warden
at FBOP Central, FBOP Mid-Atlantic, and FBOP's FCI Beckley

D. Additional defendants: All Defendants are listed clearly on the COMPLAINT Cover Page and are all at FCI Beckley P.O. Box 1280, 1600 Industrial Rd, Beaver W.V. 25813, except Director at Central in Washington, and Regional in Maryland.

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)



Statement of Claim and Relief pages, Grounds for Relief 8-pages by dr are attached, by sworn records with Affidavits and others, to support Total Investigation is by unbiased off agency this and warranted Institution and Regional Office.

Note:

## IV. Statement of Claim (continued):

*Attached 8 pages*

## V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

— Injunctive Relief, (TRO) Ordering Defendants and Defendant Institution to immediately stop all criminal and offensive-harmful violations in this action, and a transfer to a institution in the Southeastern Region away from Defendant Regional Director Office Influence, etc.

— Against Defendants jointly and severally for the sum of at least $75,000.00, as and for compensatory damages.

**V. Relief (continued)):**

- Punitive or Exemplary damages
- Costs for Suit
- For all other additional relief to which Plaintiff may be entitled.

**VII. Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____ No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: indigent, and unable to locate any counsel at this stage without Court appointed counsel.

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes _____ No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this __11__ day of __January__, 20__18__.

_____
VERNON BRENT DOWLING

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Jan. 11th, 2018__.
           (Date)

_____
Signature of Movant/Plaintiff
in propria persona

__NA_____
Signature of Attorney
(if any)

7